**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Nick Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
David James Mcglothlin (SBN: 253265)
david@kazlg.com
2221 Camino Del Rio S, Ste 101
San Diego, CA

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATHAN BLACK AND JUSTIN MUNOZ, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**NOOTROPICS DEPOT LLC,**<br><br>Defendant. | **Case No.: 20-cv-00729-KAW**<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** |

Case # 20-cv-00729-KAW                                    *Black, et al. v. Nootropics Depot, LLC*
**NOTICE OF SETTLEMENT**

**TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs Nathan Black and Justin Munoz (the "Plaintiffs") submit this Notice of Settlement to inform the Court that the parties have executed a settlement agreement in the action to settle on an individual basis; to request that all pending deadlines be vacated; and to request that the Court set a deadline of May 25, 2020, for Plaintiffs to file the necessary dismissal papers.

Therefore, Plaintiffs respectfully request that all pending deadlines be vacated and that the Court set a deadline of May 25, 2020, for Plaintiffs to file the necessary dismissal papers.

Dated: April 21, 2020                              Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By:   *s/ Abbas Kazerounian*
        ABBAS KAZEROUNIAN, ESQ.
        NICHOLAS BARTHEL, ESQ.
        *Attorneys for Plaintiff*