UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN BLACK, et al.,<br>    Plaintiffs,<br>v.<br>NOOTROPICS DEPOT LLC,<br>    Defendant. | Case No. 4:20-cv-00729-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 8 |

On April 21, 2020, Plaintiffs filed a notice of settlement. Accordingly, Plaintiffs shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

Additionally, the case management conference scheduled for May 5, 2020 is continued to July 7, 2020. The joint case management statement is due on or before June 30, 2020.

IT IS SO ORDERED.

Dated: April 22, 2020

                                              KANDIS A. WESTMORE<br>
                                              United States Magistrate Judge