**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Nick Barthel, Esq. (SBN: 319105)
nicholas@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
David James Mcglothlin (SBN: 253265)
david@kazlg.com
2221 Camino Del Rio S, Ste 101
San Diego, CA

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NATHAN BLACK AND JUSTIN MUNOZ, Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**NOOTROPICS DEPOT LLC,**<br><br>Defendant. | **Case No.: 20-cv-00729-KAW**<br><br>**VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS PURSUANT TO FRCP 41(a)(1)(A)(i)** |

1  **TO THIS COURT AND ALL PARTIES AND THEIR RESPECTIVE**
2  **ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE** that plaintiffs Nathan Black and Justin Munoz (the "Plaintiffs") voluntarily dismiss their individual claims with prejudice and the claims of the putative class without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 11, 2020               Respectfully submitted,

                                      **KAZEROUNI LAW GROUP, APC**

By:  *s/ Abbas Kazerounian*
      ABBAS KAZEROUNIAN, ESQ.
      NICHOLAS BARTHEL, ESQ.
      *Attorneys for Plaintiff*

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626