**Black v. Nootropics Depot LLC**
**Case No.: 4:20-cv-00729-KAW**
*United States District Court, Northern District of California*

### CERTIFICATE OF SERVICE

I, Antonia Smith, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 2221 Camino Del Rio South, Suite 101, San Diego, CA 92108.  I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program, which will electronically mail notice to all attorneys of record in said case through the same program, the following document(s):

- **VOLUNTARY DISMISSAL OF COMPLAINT WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS PURSUANT TO FRCP 41(a)(1)(A)(i)**

[X]   ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on Tuesday, May 12, 2020, at San Diego, California.

_____
Antonia Smith